PRO SE
United States District Court
Eastern District of Tennessee
at Chattanooga

FILED
JAN 03 2022
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| Rodny Antonio Willingham, | )
| Plaintiff, | ) N/A
| v. | )
| Hamilton County Sheriff Medical Department | ) 1:22-mc-01 TRM/CHS
| Defendants | )

## Discrimination Title IV

A state inmate appearing pro'se, brings this action to vindicate violations of his Civil Rights occurred while he was incarcerated at the Hamilton County Sheriff Department facility. The following facts from the complaint are relevant to his claims he asserts against defendants (Hamilton County Medical Department at Hamilton County Sheriff Deptmnt. Some been tested others have not but share common living quarters or jail cells. As a result of the injury and the subsequent lack of proper medical care, "I have written a grievance form to the medical department at the Hamilton County Sheriff Department. To express or concern about the deficiencies in the Hamilton County Sheriff Department Medical Staff. "National Commission and Correctional Health Care".

"Attorney General to investigate violations of Health Insurance Portability and Accountability Act of 1996 (HIPAA)," Pub L. 104-141, 110 Stat. 1936 (Aug. 21, 1996) Department of Homeland Security's Civil Rights and Civil Liberties Division asking for their invention into the continued violations of the medical department, complaining of "Dr.'s" deliberate indifference to my serious medical needs, Dr. violations of certain provisions of TN Administrative Code, and Dr. ethics violations.

(1983) claim

to state a plausible claim for relief in a 1983 action [2020 U.S. Dist. Lexis 8] - At 11:30, on December 22, 2021 Hamilton County Medical Empolyee, drew blood in Bravo One Unit without sanitizing the surface. ① Inhumane ② Unsanitary, ③ Cruel and unusal punishment. ① The nurse, who was trying to draw plasma, repeatly stuck the needle in my arm, moving it around. ② She did not clean the area with an alcohol pad, where she gonna try to draw plasma. ③ She came inside the Unit, and use a dirty, nasty table where inmate play cards, sit on, stand on, to drawn plasma. ④ She broke the HIPAA Act, telling a number of inmates why she was plasma from me, before drawing blood she told me, the producare was "contindent.

Stat. Relief: Alternative ① Sentence or sentence being supended base on immediately seeking proper medical attention, ② mentally, physically and emtionally damage from

cruel and unusal punishment, ③ Discrimintory cause of Race, incarcenration (sp?) and mental capacity, physical illness ④ because of these current conditions I'm seeking prumative damages for medical, mental illness, emtional distraught, pain and suffering, depression and violation of dew process because my rights as a person, black man has been violated, concern the bill of Rights and constitution of the United States.
Finally, I ask for an appointted Federal Attorney

Rodney Willingham
Rodney Willingham
Pro SE, 12-27-2021

Rodney Willingham
Hamilton County Sheriff Department (Brass Annex)
11069 Standifer Gap Road
P.O. Box 33148
Chattanooga, Tenn 37422

Eastern District of Tennessee
Office of Clerk
United States District Court
[illegible] Georgia & Hanover Avenue, Room 309
[illegible] Hanover, Tennessee 37400



HCSO - Silverdale Detention Center
This Letter has been mailed by an Inmate.
The Hamilton County Sheriff's Office is not responsible for the contents of this letter.

CHATTANOOGA TN 373
29 DEC 2021 PM 1 L